AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 9425384

for the

District of Columbia

**RECEIVED**

*By USMS District of Columbia District Court at 10:37 am, Oct 09, 2026*

United States of America
v.
MICHAEL LEON DICKEY

*Defendant*

) Case: 1:26-cr-00232
) Assigned To : Walton, Reggie B.
) Assign. Date : 10/8/2026
) Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL LEON DICKEY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)
(Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

22 D.C. Code § 4503.04
(Unlawful Discarding a Firearm or Ammunition)

Date: 10/08/2026

*Issuing officer's signature*

City and state: Washington, DC

MATTHEW J. SHARBAUGH, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/09/2026, and the person was arrested on *(date)* 10/09/2026
at *(city and state)* Washington DC.

Date: 10/09/2026

*Arresting officer's signature*

Stephen H-Zowe DUSM
*Printed name and title*